**Electronically Filed
Supreme Court
SCWC-15-0000400
08-AUG-2016
09:25 AM**

SCWC-15-0000400

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DARREN TODD SCHMIDT,
Petitioner/Petitioner-Appellant,

vs.

COURTNEY MARIE CARROLL,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000400; FC-M. NO. 12-1-0003)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant's Application for Writ

of Certiorari, filed on June 26, 2016, is hereby rejected.

DATED:  Honolulu, Hawai'i, August 8, 2016.

Harry Eliason
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

